IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KENNETH CORNELIUS POWELL,          )
#187 215,                          )
                                   )
                    Plaintiff,     )
                                   )
vs.                                )     CIVIL ACTION NO. 2:11cv114-WHA
                                   )
LARRY ANGLIN, et al.,              )                    (WO)
                                   )
                    Defendants.    )

## <u>ORDER</u>

No objections having been filed to the Recommendation of the Magistrate Judge (Doc.

#7), entered on April 18, 2011, and upon an independent evaluation of the file, the court

ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED without prejudice prior to service of process

pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii.).

DONE this 11th day May, 2011.


                                        /s/ W. Harold Albritton
                                        W. HAROLD ALBRITTON
                                        SENIOR UNITED STATES DISTRICT JUDGE